# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-537

**Effective date of registration:**

April 16, 2010

---

## Title

**Title of Work:** Blonde Model Wearing Red Tank Top Holding Black Shoe in Right Hand on Blue Background with Cubes

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 16, 2007    **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

**Year Born:** 1965

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 061116

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-542

**Effective date of registration:**

April 16, 2010

---

## Title

**Title of Work:** African American Male Model in Brown Cargo Pants with Brown and Tan Shoes and light beige top looking behind himself against Silver Background

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** July 16, 2008     **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 080416RR0007

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
VA 1-714-543

**Effective date of
registration:**
April 16, 2010

## Title

Title of Work: Blonde male model sitting on barrel wearing blue sweatshirt, dark grey jeans and black
and grey shoes and asian female model leaning against back of male model in blue print
t-shirt and light blue jeans hanging on to scaffolding

## Completion/ Publication

Year of Completion: 2008

Date of 1st Publication: January 2, 2008          Nation of 1st Publication: United States

## Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States          Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com          Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: April 16, 2010

Applicant's Tracking Number: 081002RR0006

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-714-544**

**Effective date of registration:**

April 16, 2010

## Title

Title of Work: Man wearing Black Print T-Shirt, light blue collared shirt, black leather jacket, dark blue jeans and black shoes, looking off camera

## Completion/ Publication

Year of Completion: 2008

Date of 1st Publication: April 16, 2008     Nation of 1st Publication: United States

## Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States     Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com     Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reisdorf

Date: April 16, 2010

Applicant's Tracking Number: 080416RR005

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-545

**Effective date of registration:**

April 16, 2010

---

### Title

**Title of Work:** Blonde Girl with Shoulder Length Hair in Blue Top Holding Both Hands to the Sides of Her Face

### Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** December 17, 2007          **Nation of 1st Publication:** United States

### Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207

### Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

### Certification

**Name:** Richard E Reisdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 070918RR0002 Chanel

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-547

**Effective date of registration:**

April 16, 2010

## Title

**Title of Work:** Brunette Model with Large Brown Sunglasses with Pouty Lips wearing White Top with Multi Colored Hearts on Orange Background

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009      **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com      **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 081002RR0010

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-714-550**

**Effective date of registration:**

April 16, 2010

---

## Title

**Title of Work:** Blonde female model with short hair sitting on Green Chaise wearing a black top and dark grey leggings with athletic shoes with one hand on the top of the chaise and the other on the seat cushion

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009    **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 081002RR009

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-714-562**

**Effective date of registration:**

**April 16, 2010**

## Title ────────────

Title of Work: Smiling African American Male Model hanging from scaffolding in bright lime green shirt and dark blue jeans with white brown grey and black striped sneakers one foot on a barrel

## Completion/ Publication ────────────

Year of Completion: 2008

Date of 1st Publication: November 11, 2008     Nation of 1st Publication: United States

## Author ────────────

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States     Domiciled in: United States

## Copyright claimant ────────────

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions ────────────

Name: Richard E Reinsdorf

Email: rrpix@me.com     Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification ────────────

Name: Richard E Reinsdorf

Date: April 16, 2010

Applicant's Tracking Number: 081002RR0008

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-565

**Effective date of
registration:**

April 16, 2010

## Title

Title of Work: Male Model Jumping in Striped Hooded Sweatshirt with Cubes and Blue Background

## Completion/ Publication

Year of Completion: 2006

Date of 1st Publication: February 16, 2007    Nation of 1st Publication: United States

## Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States    Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com    Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: April 16, 2010

Applicant's Tracking Number: 061116RR0019

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-566

**Effective date of
registration:**

April 16, 2010

---

## Title

**Title of Work:** Brunette Model with Grey and Zebra Top with Black Capri Pants and Black Shoes
Sitting on Cube with Pink Background

**Contents Titles:** Brunette Model with Grey and Zebra Top with Black Capri Pants and Black
Shoes Sitting on Cube with Pink Background; Brunette Model with Grey and
Zebra Top with Black Capri Pants and Black Shoes Reclining Back on Cube
with Pink Background

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 16, 2007     **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

**Telephone:** 818-519-3555

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 061116RR0020

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-568

**Effective date of
registration:**

April 16, 2010

## Title

**Title of Work:** Asian girl in white shirt with yellow pull over knitted top sitting on blue cube with blue
background

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 16, 2007          **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 061116RR0021

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-569

**Effective date of registration:**

April 16, 2010

## Title

**Title of Work:** Blonde girl and Asian girl smiling sitting on Blue Cube with Pink Background

**Contents Titles:** Blonde girl and Asian girl smiling sitting on Blue Cube with Pink Background; Blonde girl and Asian girl with sultry expressions sitting on Blue Cube with Pink Background

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 16, 2007    **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207. United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 061116RR0022

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-570

**Effective date of registration:**

April 16, 2010

## Title ───────────────────

**Title of Work:** Asian Female Model wearing Black and Red Standing Against White Wall with Black Sandals

**Contents Titles:** Asian Female Model wearing Black and Red Standing Against White Wall with Black Sandals
Asian Female Model wearing Black and Red Crouching Against White Wall with Black Sandals

## Completion/ Publication ───────────────────

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009        **Nation of 1st Publication:** United States

## Author ───────────────────

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant ───────────────────

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions ───────────────────

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com        **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification ───────────────────

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 081002RR0016

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
## VA 1-714-571

**Effective date of
registration:**

April 16, 2010

---

## Title ————————————————————

Title of Work: Blonde Female Model on Mobile Steps wearing a grey top, black belt and black shoes
with Male Model with Blue Sweatshirt, Blue Jeans and White Shoes

## Completion/ Publication ——————

Year of Completion: 2008

Date of 1st Publication: January 2, 2009          Nation of 1st Publication: United States

## Author ——————————————————

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States          Domiciled in: United States

## Copyright claimant ————————————

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207

## Rights and Permissions ——————

Name: Richard E Reinsdorf

Email: rrpix@me.com          Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification ——————————————

Name: Richard E Reinsdorf

Date: April 16, 2010

Applicant's Tracking Number: 081002RR0017

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-714-572**

Effective date of registration:

April 16, 2010

## Title

**Title of Work:** Blonde Female Model with Brown Shoes Sitting with Elbows bent and Hands close to her Face

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 16, 2007      **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com      **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 061116RR0018

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-573

**Effective date of registration:**

April 16, 2010

---

### Title

**Title of Work:** Brunette Model with curly brown hair, green top with rolled up blue jeans and sandals sitting on pink cube

### Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 16, 2007      **Nation of 1st Publication:** United States

### Author

**Author:** Richard E. Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States      **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Richard E. Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207

### Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com      **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

### Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 061116RR0025

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-714-575**

**Effective date of registration:**

April 17, 2010

---

## Title

**Title of Work:** Brunette girl blue green eyed girl with white parrot print top and shiny blue pant's

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 28, 2009   **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com   **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 17, 2010

**Applicant's Tracking Number:** 090528RR0042

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
**VA 1-714-576**

Effective date of registration:

April 16, 2010

## Title

Title of Work: African American Model with Beige Top and Checkered Shorts on Pink Background

## Completion/ Publication

Year of Completion: 2006

Date of 1st Publication: February 16, 2007    Nation of 1st Publication: United States

## Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States    Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com    Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: April 16, 2010

Applicant's Tracking Number: 061116RR0028

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-714-578**

Effective date of
registration:

April 16, 2010

## Title

**Title of Work:** Brunette Girl in Blue Jean Shorts and Purple Top with Arms around Young man with close shaven head in Black Leather Jacket and Black Jeans

Blonde Girl in Blue Jean Shorts and Black and Pink Top with Arms around Young man with close shaven head in Black Leather Jacket and Black Jeans

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** October 2, 2008 **Nation of 1st Publication:** United States

## Author

**Author:** Richard B Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reisdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 081002RR0003 Couple

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-582

**Effective date of registration:**

April 16, 2010

---

## Title

**Title of Work:** Smiling African American Girl in Yellow Print Shirt bending forward to touch ankle with Grey pants and brown shoes

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 16, 2007     **Nation of 1st Publication:** United States

## Author

■     **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 061116RR0029

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-584

**Effective date of
registration:**

April 16, 2010

---

## Title

**Title of Work:** Blonde Model with Blue Tank Top Black Belt Colorful Skirt Sitting in Hammock on
Orange Background

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009            **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States            **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com            **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 081002RR0034

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
**VA 1-714-586**

**Effective date of registration:**
April 16, 2010

---

## Title

**Title of Work:** Blonde Female Model with Aqua Bikini Top Black Jacket Sitting on Pink Cube

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** December 18, 2007    **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 070918RR0035

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-587

**Effective date of registration:**

April 17, 2010

---

## Title

**Title of Work:** Female Models on White Backgrounds wearing Various Outfits

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 28, 2009    **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 17, 2010

**Applicant's Tracking Number:** 090528RR0040

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-588

**Effective date of registration:**

April 16, 2010

---

### Title

**Title of Work:** Athletic Brunette in Grey Top with Zebra Long Black Shorts and Black and White Athletic Shoes on Pink

### Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 16, 2007   **Nation of 1st Publication:** United States

### Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States   **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

### Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com   **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

### Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 061116RR0023

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
## VA 1-714-592

**Effective date of registration:**

April 16, 2010

## Title

| | |
|---|---|
| **Title of Work:** | Blonde Model in Black tank top with shiny purple tights and black shoes in White Cube #1 |
| **Contents Titles:** | Blonde Model in Black tank top with shiny purple tights and black shoes in White Cube #1 |
| | Blonde Model in Black tank top with shiny purple tights and black shoes in White Cube #2 |
| | Brunette Model in White top with black shorts in white cube |
| | African American Model in White Cube with Long Straight Hair |
| | African American Model in White Cube with Curly Hair on Her Back |

## Completion/ Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2008 | | |
| **Date of 1st Publication:** | July 16, 2008 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| **Author:** | Richard E Reinsdorf | | |
| **Author Created:** | photograph(s) | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Richard E Reinsdorf |
| | 1844 N Catalina St, Burbank, CA, 91505-1207, United States |

## Rights and Permissions

| | | | |
|---|---|---|---|
| **Name:** | Richard E Reinsdorf | | |
| **Email:** | rnpix@me.com | **Telephone:** | 818-519-3555 |
| **Address:** | 1844 N Catalina St | | |
| | Burbank, CA 91505-1207 United States | | |

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-594

**Effective date of
registration:**

April 16, 2010

---

## Title

Title of Work: Models wearing Black Clothes on Silver Background

## Completion/ Publication

Year of Completion: 2009

Date of 1st Publication: August 28, 2009     Nation of 1st Publication: United States

## Author

■     Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States     Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com     Telephone:     818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: April 16, 2010

Applicant's Tracking Number: 090528RR0037

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-598

**Effective date of registration:**

April 16, 2010

---

## Title

| | |
|---|---|
| **Title of Work:** | Male model wearing red T Shirt with Grey Jeans and Asian Girl wearing Blue T Shirt and Athletic Shoes 1 |
| **Contents Titles:** | Male model wearing red T Shirt with Grey Jeans and Asian Girl wearing Blue T Shirt and Athletic Shoes 1 |
| | Male model wearing red T Shirt with Grey Jeans and Asian Girl wearing Blue T Shirt and Athletic Shoes 2 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | January 2, 2009 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Richard E Reinsdorf |
| **Author Created:** | photograph(s) |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Richard E Reinsdorf |
| | 1844 N Catalina St, Burbank, CA, 91505-1207, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Richard E Reinsdorf |
| **Email:** | rrpix@me.com |
| **Telephone:** | 818-519-3555 |
| **Address:** | 1844 N Catalina St |
| | Burbank, CA 91505-1207 United States |

## Certification

| | |
|---|---|
| **Name:** | Richard E Reinsdorf |
| **Date:** | April 16, 2010 |
| **Applicant's Tracking Number:** | 081002RR0038 |

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-600

**Effective date of
registration:**

April 16, 2010

## Title

**Title of Work:** Male Model Crouching looking Behind Him with Blue Shirt Khaki Pants and Black
Shoes on White

**Contents Titles:** Male Model Crouching looking Behind Him with Blue Shirt Khaki Pants
and Black Shoes on White
Asian Female Model in White Shirt with Brown Leggings and Brown Shoes
on White

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** December 18, 2007    **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 070918RR0036

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-604

Effective date of
registration:

April 16, 2010

---

## Title

**Title of Work:** Male Model wearing Grey T-Shirt with Blue Jeans sitting on cube looking intently to the
side

## Completion/ Publication
**Year of Completion:** 2006

**Date of 1st Publication:** February 16, 2007    **Nation of 1st Publication:** United States

## Author

■   **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions
**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification
**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 061116RR0024

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-607

**Effective date of
registration:**

April 16, 2010

---

## Title

**Title of Work:** Male Asian/Hispanic Looking Model in brown pants and green flannel shirt with foot up
pushed against pink cube

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 16, 2007　　　**Nation of 1st Publication:** United States

## Author

■　　**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States　　　**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com　　　**Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 061116RR0026

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-608

**Effective date of
registration:**

April 16, 2010

---

### Title

Title of Work: African American Model wearing Plaid Jacket, Green Pants, Dark Brown Shoes Sitting
on Blue Cube with Blue Background

### Completion/ Publication

Year of Completion: 2006

Date of 1st Publication: February 16, 2007     Nation of 1st Publication: United States

### Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States     Domiciled in: United States

### Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

### Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com     Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

### Certification

Name: Richard E Reinsdorf

Date: April 16, 2010

Applicant's Tracking Number: 061116RR0030

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
## VA 1-714-609

**Effective date of
registration:**

April 16, 2010

## Title

**Title of Work:** Hispanic Female Model with White Shirt and Yellow Knit Top with African American Model with yellow top and olive colored pants

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 16, 2007    **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 061116RR0027

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-714-612**

**Effective date of registration:**

April 16, 2010

---

**Title**

| | |
|---|---|
| Title of Work: | Male Breakdancer on White 1 |
| Contents Titles: | Male Breakdancer on White 1 |
| | Male Breakdancer on White 2 |
| | Male Breakdancer on White 3 |
| | Female Breakdancer on White 1 |

**Completion / Publication**

| | | | |
|---|---|---|---|
| Year of Completion: | 2008 | | |
| Date of 1st Publication: | July 16, 2008 | Nation of 1st Publication: | United States |

**Author**

| | | | |
|---|---|---|---|
| Author: | Richard E Reinsdorf | | |
| Author Created: | photograph(s) | | |
| Citizen of: | United States | Domiciled in: | United States |

**Copyright claimant**

| | |
|---|---|
| Copyright Claimant: | Richard E Reinsdorf |
| | 1844 N Catalina St, Burbank, CA, 91505-1207, United States |

**Rights and Permissions**

| | | | |
|---|---|---|---|
| Name: | Richard E Reinsdorf | | |
| Email: | rrpix@me.com | Telephone: | 818-519-3555 |
| Address: | 1844 N Catalina St | | |
| | Burbank, CA 91505-1207  United States | | |

**Certification**

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-714-626**

**Effective date of registration:**

April 17, 2010

## Title

**Title of Work:** Norton 750 Commander Motorcycle Shots

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009     **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 17, 2010

**Applicant's Tracking Number:** 081002RR0039

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-638

Effective date of
registration:

April 17, 2010

## Title

Title of Work: Hispanic Female Model with tight curly hair wearing dark grey jeans and athletic shoes on blue cube and background

## Completion/ Publication

Year of Completion: 2006

Date of 1st Publication: February 16, 2007        Nation of 1st Publication: United States

## Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States        Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com        Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

Name: Richard E Reinsdorf

Date: April 17, 2010

Applicant's Tracking Number: 061116RR0041

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
## VA 1-714-659

**Effective date of
registration:**

April 16, 2010

## Title

**Title of Work:** African American Model in Yellow Top and Red Leggings with Brunette Caucasian
Model wearing Green Top and Black Leggings on Chain Link Fence

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009          **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 081002RR0015

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-714-662**

**Effective date of
registration:**

April 16, 2010

## Title

**Title of Work:** Asian Female Model with Headband Hanging from Pipe wearing a green T-Shirt, Blue
Leggings and Athletic Shoes with Chainlink Fence in Background

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009        **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com        **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 081002RR0014 Misa

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
**VA 1-714-666**

**Effective date of
registration:**

April 16, 2010

---

## Title

**Title of Work:** Blonde Model wearing long black top and grey leggings with purple belt and large belt
buckle wearing athletic shoes with both arms up

**Contents Titles:** Blonde Model wearing long black top and grey leggings with purple belt and
large belt buckle wearing athletic shoes with one arm up and one arm down

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009     **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com                    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 081002RR0013

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-670

**Effective date of
registration:**

April 16, 2010

## Title

**Title of Work:** Brunette Model wearing white top with multicolored hearts and blue jean skirt wearing
athletic shoes on orange background

**Contents Titles:** Brunette Model wearing white top with multicolored hearts and blue jean
skirt wearing brown boots with fur cuffs on orange background

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009     **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 081002RR0012

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-714-671**

Effective date of
registration:

April 16, 2010

---

## Title

**Title of Work:** Asian Model with Hand on Large Disco Ball wearing a Red Top and White Shorts on a brown tan Colored Background

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009  **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com  **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 081002RR0011 Disco

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
## VA 1-718-990
**Effective date of registration:**
April 27, 2010

## Title
**Title of Work:** Brunette Model with Grey Shiny Jacket, Lacy Top, Zippered Grey Shorts and Gold Sandals on Silver Curvy Background

## Completion/ Publication
**Year of Completion:** 2009
**Date of 1st Publication:** August 28, 2009    **Nation of 1st Publication:** United States

## Author
**Author:** Richard E Reinsdorf
**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Richard E Reinsdorf
1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions
**Name:** Richard E Reinsdorf
**Email:** rrpix@me.com    **Telephone:** 818-519-3555
**Address:** 1844 N Catalina St
Burbank, CA 91505-1207 United States

## Certification
**Name:** Richard E Reinsdorf
**Date:** April 27, 2010
**Applicant's Tracking Number:** 090528RR0047

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-718-992

Effective date of
registration:

April 27, 2010

---

## Title

**Title of Work:** Male Model with Plaid Shirt in Bluish Grey Jacket with Jeans on Silver Background

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 28, 2009      **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 27, 2010

**Applicant's Tracking Number:** 090528RR0048

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
## VA 1-718-994

**Effective date of registration:**
April 27, 2010

## Title ——————————————

Title of Work: Male Model with Camel Jacket, Blue Jeans and Tan Shoes on Black Background

## Completion/ Publication ——————————————

Year of Completion: 2008

Date of 1st Publication: January 2, 2009        Nation of 1st Publication: United States

## Author ——————————————

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States        Domiciled in: United States

## Copyright claimant ——————————————

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions ——————————————

Name: Richard E Reinsdorf

Email: rrpix@me.com        Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification ——————————————

Name: Richard E Reinsdorf

Date: April 27, 2010

Applicant's Tracking Number: 081002RR0049

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-718-996**

**Effective date of registration:**

April 27, 2010

---

### Title

**Title of Work:** Male Model Green Khaki Shorts and Red Black Plaid Shirt Brunette Model with Blue
Eyes, Jean Shorts and Flip Flops

### Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 28, 2009.        **Nation of 1st Publication:** United States

### Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States        **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

### Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com        **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

### Certification

**Name:** Richard E Reinsdorf

**Date:** April 27, 2010

**Applicant's Tracking Number:** 090528RR0050

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
## VA 1-718-997

**Effective date of registration:**
April 27, 2010

## Title
Title of Work: Asian model Yellow Top with Multi colored boots on silver background

## Completion/ Publication
Year of Completion: 2008

Date of 1st Publication: July 16, 2008       Nation of 1st Publication: United States

## Author
Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States       Domiciled in: United States

## Copyright claimant
Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions
Name: Richard E Reinsdorf

Email: rrpix@me.com       Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification
Name: Richard E Reinsdorf

Date: April 27, 2010

Applicant's Tracking Number: 080416RR0051

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-719-026**

Effective date of
registration:

April 27, 2010

---

### Title

**Title of Work:** Brunette Black Leather Zippered Jacket Grey Stonewashed Jeans Black Pearl Necklace

### Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 28, 2009    **Nation of 1st Publication:** United States

### Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

### Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

### Certification

**Name:** Richard E Reinsdorf

**Date:** April 27, 2010

**Applicant's Tracking Number:** 090528RR0052

---

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

# VA 1-719-218

**Effective date of
registration:**

April 28, 2010

---

### Title

**Title of Work:** Blonde Model in Black and Gray Striped Tights and Shoes wearing Black Top

### Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 28, 2009   **Nation of 1st Publication:** United States

### Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States   **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

### Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com

**Address:** 1844 N Catalina St   **Telephone:** 818-519-3555

Burbank, CA 91505-1207 United States

### Certification

**Name:** Richard E Reinsdorf

**Date:** April 28, 2010

**Applicant's Tracking Number:** 090528RR0053

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-719-219

**Effective date of registration:**

April 28, 2010

---

## Title

**Title of Work:** Blue Jeans, Floral Top, Black Shoes from waist down

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 28, 2009     **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 28, 2010

**Applicant's Tracking Number:** 090528RR0054

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-720-058**

**Effective date of registration:**

May 6, 2010

---

## Title

**Title of Work:** Girl on white swing with purple outfit and funky colorful boots

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** July 16, 2008     **Nation of 1st Publication:** United States

## Author

- **Author:** Richard E Reinsdorf

  **Author Created:** photograph(s)

  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 080416RR0085

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-720-060**

**Effective date of registration:**

May 6, 2010

---

## Title

Title of Work: Male Model in Black Pants Jacket and Shoes on Black Background

## Completion/Publication

Year of Completion: 2008

Date of 1st Publication: April 16, 2008        Nation of 1st Publication: United States

## Author

■        Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States                Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com                                Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: May 6, 2010

Applicant's Tracking Number: 080416RR0087

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-063

**Effective date of registration:**

May 6, 2010

---

## Title

**Title of Work:** Blonde Model on Motorcycle with Male Model on Black Background

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009    **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 081002RR0092

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-720-070**

Effective date of
registration:

May 6, 2010

## Title

**Title of Work:** Models Climbing and Hanging from Chain Link Fences with Blue and Amber Colored
Backgrounds

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009     **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 081002RR0093

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-118

**Effective date of registration:**

May 6, 2010

---

## Title

**Title of Work:** Asian male model sitting on barrel, African American Female Model Standing in front of Rolling Staricase

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009    **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 081002RR0095

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-720-119**

**Effective date of registration:**

May 6, 2010

## Title

**Title of Work:** Female African American Model Crouching in White Corner Wearing Blacktop and Purple Leggings

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009     **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 081002RR0098

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-120

**Effective date of registration:**

May 6, 2010

---

## Title

Title of Work: Male Model with Blue Jeans, Yellow Undershirt, Blue and White Pull Over Grey White Baseball Cap Sneakers

## Completion/Publication

Year of Completion: 2009

Date of 1st Publication: August 8, 2009    Nation of 1st Publication: United States

## Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States    Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com    Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: May 6, 2010

Applicant's Tracking Number: 090508RR0055

---

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-720-124**

**Effective date of registration:**

May 6, 2010

---

## Title

**Title of Work:** Caucasian Male Model with Colored Striped White Shirt and Female Asian Model with Black Capri Pants and Earth Colored tank top

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 28, 2009   **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com   **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 090528RR0057

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-720-127**

**Effective date of registration:**

May 6, 2010

## Title

Title of Work: Asian Male Model, Black Jeans and Vest, White Shoes, on White Background

## Completion/Publication

Year of Completion: 2009

Date of 1st Publication: August 8, 2009        Nation of 1st Publication: United States

## Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States        Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com        Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: May 6, 2010

Applicant's Tracking Number: 090508RR0056

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-720-128**

**Effective date of registration:**

May 6, 2010

## Title

**Title of Work:** Dark male model with Camel Colored Pants, Brown Shoes, Print T-Shirt and Black Jacket on Silver Background

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** July 16, 2008      **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com      **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 080416RR0058

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-130

**Effective date of registration:**

May 6, 2010

---

### Title

**Title of Work:** Blonde Female Model in Shiny Taupe Colored Dress with Large Belt on Silver Background

### Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** July 16, 2008   **Nation of 1st Publication:** United States

### Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States   **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

### Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com   **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

### Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 080416RR0059

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

## VA 1-720-134

Effective date of registration:

May 6, 2010

---

## Title

Title of Work: Overhead Shot of Blond Model on Back in Blue Jean Shorts and White Top

## Completion/Publication

Year of Completion: 2008

Date of 1st Publication: July 17, 2008        Nation of 1st Publication: United States

## Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States        Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com        Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: May 6, 2010

Applicant's Tracking Number: 080417RR0060

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-135

**Effective date of registration:**

May 6, 2010

---

## Title

**Title of Work:** Hispanic Female Model with Jean Shorts, Yellow Top, and Men's Shirt with Brown Shoes on Cove Wall

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** December 19, 2007          **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 070919RR0062

---

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-137

**Effective date of
registration:**

May 6, 2010

### Title ──────────────

Title of Work: Asian Female Model sitting on block with yellow top, white shorts, legged crossed
wearing sandals on white

### Completion/Publication ──────────

Year of Completion: 2009

Date of 1st Publication: August 28, 2009          Nation of 1st Publication: United States

### Author ──────────────

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States          Domiciled in: United States

### Copyright claimant ──────────

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

### Rights and Permissions ──────────

Name: Richard E Reinsdorf

Email: rrpix@me.com          Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

### Certification ──────────────

Name: Richard E Reinsdorf

Date: May 6, 2010

Applicant's Tracking Number: 090528RR0065

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-138

**Effective date of
registration:**

May 6, 2010

## Title

Title of Work: Hispanic Model on Blocks, Stepping, Wearing Khakis and Olive Green Top

## Completion/Publication

Year of Completion: 2007

Date of 1st Publication: December 19, 2007     Nation of 1st Publication: United States

## Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States     Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com     Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: May 6, 2010

Applicant's Tracking Number: 070919RR0061

Page 1 of 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-720-140**

**Effective date of registration:**

May 6, 2010

---

### Title

**Title of Work:** Blonde Female Model, Shoulder length hair, in Blue Jeans with Runners on White Background

### Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 8, 2009     **Nation of 1st Publication:** United States

### Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States     **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

### Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

### Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 090528RR0063

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-142

**Effective date of
registration:**

May 6, 2010

## Title

**Title of Work:** Asian Female Model Wearing Black Capri Pants, Large Blue and Black Spahetti Strap
Top and Black Shoes

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 8, 2009    **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 090528RR0064

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-720-149**

**Effective date of registration:**

May 6, 2010

---

### Title

Title of Work: Brunette Model sitting leaning against translucent material wearing black skirt and white top with foot propped up

### Completion/Publication

Year of Completion: 2008

Date of 1st Publication: July 17, 2008     Nation of 1st Publication: United States

### Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States     Domiciled in: United States

### Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

### Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com     Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

### Certification

Name: Richard E Reinsdorf

Date: May 6, 2010

Applicant's Tracking Number: 080417RR0066

---

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-720-158**

Effective date of registration:

May 6, 2010

---

## Title

**Title of Work:** Asian Female Model wearing purple and pink and boots back to pack with caucasian blonde female model wearing blue jeans and boots

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** July 17, 2008    **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 080417RR0067

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-720-197**

**Effective date of
registration:**

May 6, 2010

## Title

Title of Work: African American Female Model sitting in Khaki Capri Pants, light orange top and
flannel shirt with leg extended

## Completion/Publication

Year of Completion: 2009

Date of 1st Publication: August 28, 2009          Nation of 1st Publication: United States

## Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States          Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com

Address: 1844 N Catalina St          Telephone: 818-519-3555

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: May 6, 2010

Applicant's Tracking Number: 090528RR0068

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-201

**Effective date of registration:**

May 6, 2010

## Title
**Title of Work:** African American Model sitting in silver top with Black Leggings and Sandals against silver background

## Completion/Publication
**Year of Completion:** 2009

**Date of 1st Publication:** August 28, 2009     **Nation of 1st Publication:** United States

## Author
**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions
**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification
**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 090528RR0069

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-720-209**

**Effective date of registration:**

May 6, 2010

## Title

**Title of Work:** Male Asian Model Walking Down Steps wearing Blue Jeans, Brown Shoes, Blue Shirt on Blue Background

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 1, 2010    **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 061116RR0073

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-215

**Effective date of
registration:**

May 6, 2010

---

## Title

**Title of Work:** Male Model wearing Black Jeans, Brown Shoes, and Flannel Shirt on Grey Background

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** December 19, 2007    **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 070919RR0070

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-224

**Effective date of registration:**

May 6, 2010

## Title

**Title of Work:** Latina Female Model Sitting on blocks wearing green top and white shoes on blue background

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 16, 2007   **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com   **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 061116RR0072

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
## VA 1-720-226

**Effective date of
registration:**

May 6, 2010

---

## Title

Title of Work: Asian female model kneeling on transclucent chair wearing olive khaki shorts and color
striped top on grey background

## Completion/Publication

Year of Completion: 2007

Date of 1st Publication: December 19, 2007     Nation of 1st Publication: United States

## Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States          Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com                    Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: May 6, 2010

Applicant's Tracking Number: 070919RR0071

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

**VA 1-720-453**

Effective date of
registration:

May 7, 2010

## Title

Title of Work: Female Models ,Grey Blocks, Green Chair, Cubes and Grey Background

## Completion/Publication

Year of Completion: 2008

Date of 1st Publication: January 2, 2009    Nation of 1st Publication: United States

## Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States    Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com    Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: May 7, 2010

Applicant's Tracking Number: 081002RR0099

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-721-555**

**Effective date of
registration:**

May 19, 2010

## Title

**Title of Work:** African American Male Model Sitting on Cube with Blue Jeans and Olive Colored Shirt

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 16, 2007        **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com        **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 19, 2010

**Applicant's Tracking Number:** 061116RR0106

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-722-004**

**Effective date of registration:**

May 28, 2010

---

## Title

**Title of Work:** Brunette Model Grey Jean Skirt and Shiny Grey Jacket Lying on Side on Silver Background

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 28, 2009          **Nation of 1st Publication:** United States

## Author

- **Author:** Richard E Reinsdorf
- **Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 27, 2010

**Applicant's Tracking Number:** 090528RR0107

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-722-733

**Effective date of
registration:**

July 7, 2010

---

## Title
      **Title of Work:** Female Models on Orange Colored Background

## Completion/Publication
      **Year of Completion:** 2008
      **Date of 1st Publication:** January 2, 2009      **Nation of 1st Publication:** United States

## Author
      **Author:** Richard E Reinsdorf
      **Author Created:** photograph(s)

      **Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant
      **Copyright Claimant:** Richard E Reinsdorf
      1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions
      **Name:** Richard E Reinsdorf
      **Email:** rrpix@me.com      **Telephone:** 818-519-3555
      **Address:** 1844 N Catalina St

      Burbank, CA 91505-1207 United States

## Certification
      **Name:** Richard E Reinsdorf
      **Date:** May 7, 2010
      **Applicant's Tracking Number:** 081002RR0102

---

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-723-600**

**Effective date of
registration:**

June 16, 2010

---

### Title

**Title of Work:** Brunette Model in Teal Workout Pants and Navy Blue T Shirt Jumping on White Background

### Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** November 19, 2007   **Nation of 1st Publication:** United States

### Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States   **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

### Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com   **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

### Certification

**Name:** Richard E Reinsdorf

**Date:** June 16, 2010

**Applicant's Tracking Number:** 070919RR0108

---

Certificate of Registratio.



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-723-997**

**Effective date of registration:**

June 22, 2010

## Title

Title of Work: Asian female model in khaki jacket sitting on orange blocks

## Completion/Publication

Year of Completion: 2007

Date of 1st Publication: November 19, 2007     Nation of 1st Publication: United States

## Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States     Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com     Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: June 22, 2010

Applicant's Tracking Number: 070919RR0110

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-724-245**

**Effective date of registration:**

June 20, 2010

## Title

**Title of Work:** Model in red hooded sweatshirt with black and white striped shorts in low skater pose on white

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** November 19, 2007     **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** June 20, 2010

**Applicant's Tracking Number:** 070919RR0109

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
## VA 1-724-666

**Effective date of registration:**
June 29, 2010

## Title
**Title of Work:** Hispanic Male Model in Black Baggy Jeans and White Zip Sweatshirt Stepping Forward with Outstretched Arms

## Completion/Publication
**Year of Completion:** 2008

**Date of 1st Publication:** June 17, 2008     **Nation of 1st Publication:** United States

## Author
**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions
**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification
**Name:** Richard E Reinsdorf

**Date:** June 29, 2010

**Applicant's Tracking Number:** 080417RR0115

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-724-667

**Effective date of registration:**

June 29, 2010

## Title

**Title of Work:** Black Female Model in Shiny Grey Bikini Top and Black Boy Shorts on White Background

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** June 17, 2008       **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com       **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** June 29, 2010

**Applicant's Tracking Number:** 080417RR0114

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

## VA 1-724-668

Effective date of
registration:

June 29, 2010

---

## Title
Title of Work: Black Male Model with Headphones Pretending to DJ on White Background

## Completion/Publication
Year of Completion: 2008

Date of 1st Publication: June 17, 2008     Nation of 1st Publication: United States

## Author
Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States     Domiciled in: United States

## Copyright claimant
Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions
Name: Richard E Reinsdorf

Email: rrpix@me.com     Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification
Name: Richard E Reinsdorf

Date: June 29, 2010

Applicant's Tracking Number: 080417RR0113

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-724-670

**Effective date of
registration:**

June 29, 2010

---

## Title

**Title of Work:** Asian Female Model in Jean Skirt and White and Red Top on White Background

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** June 17, 2008    **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** June 29, 2010

**Applicant's Tracking Number:** 080417RR0112

---

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-724-909**

**Effective date of registration:**

June 23, 2010

---

### Title

**Title of Work:** Female Asian Model Cream Colored Sweatshirt with Blue Jeans on White

### Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** November 19, 2007          **Nation of 1st Publication:** United States

### Author

**Author:** Richard E. Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

**Year Born:** 1965

### Copyright claimant

**Copyright Claimant:** Richard E. Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

### Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

### Certification

**Name:** Richard E Reinsdorf

**Date:** June 23, 2010

**Applicant's Tracking Number:** 070919RR0111

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-728-644**

**Effective date of
registration:**

July 1, 2010

## Title

Title of Work: Black Female Model with olive Capri Pants, Yellow Print Top, Brown Sandals on Blue

## Completion/Publication

Year of Completion: 2006

Date of 1st Publication: January 16, 2007       Nation of 1st Publication: United States

## Author

■       Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States                          Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com                               Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: July 1, 2010

Applicant's Tracking Number: 061116RR0116

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-728-707**

**Effective date of
registration:**

July 2, 2010

## Title ────────────────────────────

Title of Work: Male Model Jumping with Olive Shorts Purple Print Shirt on White Background

## Completion/Publication ──────────────

Year of Completion: 2007

Date of 1st Publication: November 19, 2007     Nation of 1st Publication: United States

## Author ──────────────────────────

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States          Domiciled in: United States

## Copyright claimant ──────────────────

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions ────────────────

Name: Richard E Reinsdorf

Email: rrpix@me.com          Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification ──────────────────────

Name: Richard E Reinsdorf

Date: July 2, 2010

Applicant's Tracking Number: 070919RR0124

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-728-709**

Effective date of registration:

July 2, 2010

---

## Title
Title of Work: Various Models in a Night Club Scene

## Completion/Publication
Year of Completion: 2008

Date of 1st Publication: December 2, 2008    Nation of 1st Publication: United States

## Author
Author: Richard E. Reinsdorf

Author Created: photograph(s)

Citizen of: United States    Domiciled in: United States

## Copyright Claimant
Copyright Claimant: Richard E. Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions
Name: Richard E. Reinsdorf

Email: rrpix@me.com    Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification
Name: Richard E Reinsdorf

Date: July 2, 2010

Applicant's Tracking Number: 081002RR0117

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-728-710**

**Effective date of registration:**

July 2, 2010

---

## Title

Title of Work: Blonde Model in Silver Top with Black Shorts on Silver Background

## Completion/Publication

Year of Completion: 2009

Date of 1st Publication: July 28, 2009  Nation of 1st Publication: United States

## Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States  Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rpix@me.com  Telephone: 818-519-1555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: July 2, 2010

Applicant's Tracking Number: 090508RR0118

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

## VA 1-728-713

Effective date of
registration:

July 2, 2010

## Title

Title of Work: Male Model with Camel Pants White T-Shirt with Print, Black Jacket on Silver
Background

## Completion/Publication

Year of Completion: 2008

Date of 1st Publication: June 16, 2008    Nation of 1st Publication: United States

## Author

■
Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States    Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com    Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: July 2, 2010

Applicant's Tracking Number: 080416RR0119

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-728-714**

**Effective date of
registration:**

July 2, 2010

## Title

Title of Work: Blonde Model on Aqua Colored Block with Large Attractive Posterior Looking Back
and Smiling with Pink Background

## Completion/Publication

Year of Completion: 2006

Date of 1st Publication: January 16, 2007    Nation of 1st Publication: United States

## Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States    Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com    Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: July 2, 2010

Applicant's Tracking Number: 061116RR0120

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-728-715

**Effective date of
registration:**

July 2, 2010

## Title

**Title of Work:** Asian Female Model with Yellow Top and Multi Colored Boots on Silver Background

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** June 16, 2008          **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** July 2, 2010

**Applicant's Tracking Number:** 080416RRR0121

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-728-717

**Effective date of
registration:**

July 2, 2010

---

## Title

Title of Work: Male Model Khaki Pants and Blue Top on White Tiled Floor

## Completion/Publication

Year of Completion: 2007

Date of 1st Publication: November 19, 2007     Nation of 1st Publication: United States

## Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States     Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com     Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: July 2, 2010

Applicant's Tracking Number: 070919RR0122

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-728-719**

Effective date of registration:

July 2, 2010

---

## Title

Title of Work: Female Model with crazy curl hair striped and grey shirt and blue jeans jumping on white background

## Completion/Publication

Year of Completion: 2007

Date of 1st Publication: November 19, 2007    Nation of 1st Publication: United States

## Author

- Author: Richard E Reinsdorf
  Author Created: photograph(s)

  Citizen of: United States    Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com    Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: July 2, 2010

Applicant's Tracking Number: 070919RR0123

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-728-798**

Effective date of
registration:

July 3, 2010

## Title

Title of Work: Brunette model wearing White T Shirt with Hearts, Blue Jean Skirt, and Brown Boots
on Orange Background

## Completion/Publication

Year of Completion: 2008

Date of 1st Publication: December 2, 2008    Nation of 1st Publication: United States

## Author

■ Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States    Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com    Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: July 3, 2010

Applicant's Tracking Number: 081002RR0126

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

## VA 1-728-800

Effective date of
registration:

July 3, 2010

## Title

**Title of Work:** Female Model White Skirt Orange Bikini Top Hawaiian Print Shirt White Sandals on
Orange Background

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** November 19, 2007 **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** July 3, 2010

**Applicant's Tracking Number:** 070919RR0129

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number
**VA 1-728-803**

Effective date of registration:
July 3, 2010

---

### Title

Title of Work: Asian Female Model, Yellow Print Shirt, Plaid Shits and Blue Jean Shorts on Grey Background

### Completion/Publication

Year of Completion: 2007

Date of 1st Publication: November 19, 2007   Nation of 1st Publication: United States

### Author

■ Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States   Domiciled in: United States

### Copyright claimant

Copyright Claimant: Richard E Reinsdorf
1844 N Catalina St, Burbank, CA, 91505-1207, United States

### Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com   Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

### Certification

Name: Richard E Reinsdorf

Date: July 3, 2010

Applicant's Tracking Number: 070919RR0128

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

**VA 1-728-805**

Effective date of
registration:

July 3, 2010

## Title

**Title of Work:** Models in Various Outfits being Active on a White Background

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** November 19, 2007  **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com  **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** July 3, 2010

**Applicant's Tracking Number:** 070919RR0127

Page 1 of 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

**VA 1-728-880**

Effective date of
registration:

July 5, 2010

## Title

**Title of Work:** Asian Female Model Series- Jumping on White Background and Sitting on Grey
Background

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** November 19, 2007    **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com

**Address:** 1844 N Catalina St

**Telephone:** 818-519-3555

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** July 5, 2010

**Applicant's Tracking Number:** 070919RR0125

Page 1 of 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number
**VA 1-728-948**

Effective date of registration:
July 7, 2010

### Title

Title of Work: Models in Street Clothes on Grey Background

### Completion/Publication

Year of Completion: 2007

Date of 1st Publication: November 19, 2007       Nation of 1st Publication: United States

### Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States       Domiciled in: United States

### Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

### Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com       Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207  United States

### Certification

Name: Richard E Reinsdorf

Date: July 7, 2010

Applicant's Tracking Number: 070919RR0130

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-729-255**

**Effective date of
registration:**

July 12, 2010

---

## Title

**Title of Work:** Female Models on Orange Backgrounds with Props

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** December 2, 2008      **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com      **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** July 7, 2010

**Applicant's Tracking Number:** 081002RR0131

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-032-717

**Effective date of
registration:**

July 7, 2010

## Title

**Title of Work:** Breakdancers and Lifestyle Shots on White Backround

## Completion/Publication

**Year of Completion:** 2008

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 080416RR0084

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-032-720**

**Effective date of registration:**

July 7, 2010

---

## Title

**Title of Work:** Collection of Models Climbing and Hanging from Chain Link Fences with Blue and Amber Colored Backgrounds

## Completion/Publication

**Year of Completion:** 2008

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 081002RR0094

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-032-729

**Effective date of registration:**

July 7, 2010

## Title

Title of Work: Collection of Models on Pink and Blue Backgrounds with Props

## Completion/Publication

Year of Completion: 2006

## Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States           Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com           Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: May 6, 2010

Applicant's Tracking Number: 061116RR0074

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-033-191

**Effective date of
registration:**

July 7, 2010

---

## Title ————————————————————

Title of Work: Female Models in Glowing Plexiglass Cube

## Completion/Publication ————————

Year of Completion: 2008

## Author ———————————————————

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States          Domiciled in: United States

## Copyright claimant ——————————

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions ————————

Name: Richard E Reinsdorf

Email: rrpix@me.com          Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification ——————————————

Name: Richard E Reinsdorf

Date: May 6, 2010

Applicant's Tracking Number: 080416RR0089

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-033-192

**Effective date of
registration:**

July 7, 2010

---

## Title
Title of Work: A Series of Males Models wearing very dark clothing against a black background

## Completion/Publication
Year of Completion: 2008

## Author
Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States      Domiciled in: United States

## Copyright claimant
Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions
Name: Richard E Reinsdorf

Email: rrpix@me.com      Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification
Name: Richard E Reinsdorf

Date: May 6, 2010

Applicant's Tracking Number: 080416RR0088

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-033-194

**Effective date of
registration:**

July 7, 2010

## Title

**Title of Work:** Models on Silver Metallic Background

## Completion/Publication

**Year of Completion:** 2008

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 080416RR0086

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-033-196

**Effective date of
registration:**

July 7, 2010

---

## Title

Title of Work: Groups of Models on White Background

## Completion/Publication

Year of Completion: 2008

## Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States        Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com        Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: May 6, 2010

Applicant's Tracking Number: 080416RR0090

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
**VAu 1-033-661**

**Effective date of
registration:**

**July 12, 2010**

---

## Title

Title of Work: Action Shots of Models on White Background

## Completion/Publication

Year of Completion: 2007

## Author

■ Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States          Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: mpix@me.com          Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: May 6, 2010

Applicant's Tracking Number: 070918RR0083

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-033-662**

Effective date of registration:

July 12, 2010

---

### Title

**Title of Work:** Models in Club Scene with Dark Moody Background

### Completion/Publication

**Year of Completion:** 2008

### Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

### Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

### Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 081002RR0097

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-033-663

**Effective date of
registration:**

July 12, 2010

---

## Title

**Title of Work:** Male and Female Asian Models Wearing Black on Silver Background

## Completion/Publication

**Year of Completion:** 2009

## Author

■ **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 7, 2010

**Applicant's Tracking Number:** 090528RR0105

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-033-664**

**Effective date of
registration:**

July 12, 2010

## Title

**Title of Work:** Models on Black Background with Motorcycles, Sitting Standing on Cubes, and
Sawhorse Jumping

## Completion/Publication

**Year of Completion:** 2008

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com   **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 081002RR0091

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-033-665**

**Effective date of
registration:**

July 12, 2010

---

## Title

Title of Work: Models Posing with Barrels and Scaffolding on Grey Background

## Completion/Publication

Year of Completion: 2008

## Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States          Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com          Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

Name: Richard E Reinsdorf

Date: May 6, 2010

Applicant's Tracking Number: 081002RR0096

---

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-033-671**

Effective date of
registration:

July 12, 2010

---

## Title

Title of Work: Two female models lying on red velvet sheets

## Completion/Publication

Year of Completion: 2009

## Author

■ Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States      Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com      Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: May 7, 2010

Applicant's Tracking Number: 090528RR0103

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-033-672**

**Effective date of
registration:**

July 12, 2010

## Title

Title of Work: Collection of Female Models ,Grey Blocks, Green Chair, Cubes and Grey Background

## Completion/Publication

Year of Completion: 2008

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States                    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com                    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 7, 2010

**Applicant's Tracking Number:** 081002RR0101

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-033-673**

**Effective date of
registration:**

July 12, 2010

## Title

**Title of Work:** Models in a White Corner

## Completion/Publication

**Year of Completion:** 2008

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 7, 2010

**Applicant's Tracking Number:** 081002RR0100

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-033-674**

**Effective date of
registration:**

July 12, 2010

## Title

Title of Work: Creamsickle Series

## Completion/Publication

Year of Completion: 2007

## Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States          Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com          Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: May 6, 2010

Applicant's Tracking Number: 070918RR0081

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-033-675

**Effective date of
registration:**

July 12, 2010

---

**Title** ——————————————————————

Title of Work: Girls on on Gray Background with Clear Plexiglass Props

**Completion/Publication** ——————————————

Year of Completion: 2007

**Author** ——————————————————————

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States          Domiciled in: United States

**Copyright claimant** ——————————————

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

**Rights and Permissions** ——————————————

Name: Richard E Reinsdorf

Email: rrpix@me.com          Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

**Certification** ——————————————————

Name: Richard E Reinsdorf

Date: May 6, 2010

Applicant's Tracking Number: 070918RR0082

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-033-879**

Effective date of registration:

July 12, 2010

## Title

Title of Work: Models on White Background doing Various Activities with Props

## Completion/Publication

Year of Completion: 2009

## Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States          Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com          Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: May 7, 2010

Applicant's Tracking Number: 090528RR0104