IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD REINSDORF, an individual, | |
| Plaintiff, | |
| v. | Case No. 1:13-cv-4485 |
| KOHL'S CORPORATION, a Wisconsin corporation, KOHL'S DEPARTMENT STORES, INC., a Wisconsin corporation, SEARS HOLDING CORPORATION, a Delaware corporation, SEARS, ROEBUCK AND CO., a New York corporation, and DOES 1 through 20, inclusive, | Judge Sharon Johnson Coleman<br><br>Magistrate Judge Susan E. Cox |
| Defendants. | |

## AGREED MOTION TO STAY ACTION

Defendants Kohl's Corporation, Kohl's Department Stores, Inc., Sears Holding Corporation, and Sears, Roebuck and Co. (collectively, "Defendants") hereby move for an ordering staying this action under the terms and conditions listed in the attached Joint Stipulation and Proposed Order. In support of this motion, Defendants state:

1. On June 18, 2013, Reinsdorf filed this action against Defendants alleging a single claim for copyright infringement based on Defendants' purported status as "retailers that advertised, marketed, and/or distributed Skechers' products" and "exploited Reinsdorf's photographs in violation of his exclusive rights" (Doc. #1 at PageID#5, ¶ 13).

2. On September 27, 2010, Reinsdorf filed a separate action against Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II (collectively, "Skechers") in the Central District of California, Case No. CV10-7181 (Hon. D. Pregerson, presiding) (the "California Action"), and

alleging, among other things, a claim for copyright infringement based on Skechers' purported exploitation of Reinsdorf's photographs in violation of his exclusive rights.

3.  On March 25, 2013, Reinsdorf filed a separate action against Academy, Ltd. ("Academy") in the Middle District of Tennessee, Case No. 3-13-0269 (Hon. T. Campbell, presiding) (the "Tennessee Action"), and alleging a claim for copyright infringement against Academy based on its purported status as "one of the retailers that advertised, marketed, and/or distributed Skechers' products" and that "exploited Reinsdorf's photographs in violation of his exclusive rights" (Tennessee Action Doc. #1 at PageID#3, ¶ 11).

4.  On April 18, 2013, Academy filed a motion to stay or transfer the Tennessee Action on the asserted grounds that the case concerns nearly identical claims and parties as in the California Action (Tennessee Action Doc. #9).

5.  On May 16, 2013, the Court granted Academy's motion and stayed the Tennessee Action in light of the California Action. (Tennessee Action Doc. #34 at PageID#840-41).

6.  On April 17, 2013, Reinsdorf filed a separate action against Brown Shoe Company, Inc., DSW, Inc., Foot Locker, Inc., and Macy's, Inc. (collectively, "Brown Shoe") in the Northern District of Illinois, Case No. 1:13-cv-02904 (Hon. J. Grady, presiding) (the "Illinois Action"), and alleging a claim for copyright infringement against Brown Shoe based on its purported status as "retailers that advertised, marketed, and/or distributed Skechers' products" and that "exploited Reinsdorf's photographs in violation of his exclusive rights" (Illinois Action Doc. #1 at PageID#5-6, ¶ 17).

7.  On July 9, 2013, Brown Shoe filed a motion to stay or transfer the Illinois Action on the asserted grounds that the case concerns nearly identical claims and parties as in the California Action, and advising the Court of the fact that the Tennessee Action had recently been ordered stayed on the same basis and grounds as presented in Brown Shoe's motion (Illinois Action Doc. #24).

8.  In light of the court's order staying the Tennessee Action, and to avoid the necessity of Defendants' having to file a similar motion to stay this case, the parties have agreed

to stay this matter pending resolution of the California Action, and on the terms and conditions set forth in the Joint Stipulation And Proposed Order, attached hereto as Exhibit A.

WHEREFORE, for all the forgoing reasons, Defendants Kohl's Corporation, Kohl's Department Stores, Inc., Sears Holding Corporation, and Sears, Roebuck and Co. respectfully request that this Court grant the agreed motion to stay this action on the terms and conditions set forth in the Joint Stipulation And Proposed Order.

DATED: July 12, 2013　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ George J. Tzanetopoulos
George J. Tzanetopoulos
Katharine E. Heitman
Baker & Hostetler LLP
191 North Wacker Drive, Suite 3100
Chicago, IL 60606-1901
Phone: (312) 416-6225
Fax: (312) 416-6265
gtzanetopoulos@bakerlaw.com
kheitman@bakerlaw.com

Daniel M. Petrocelli (*pro hac vice* pending)
Drew E. Breuder (*pro hac vice*)
O'Melveny & Myers LLP
1999 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
Phone: (310) 553-6700
Fax: (310) 246-6779
dpetrocelli@omm.com

Robert C. Welsh (*pro hac vice*)
Baker & Hostetler LLP
12100 Wilshire Blvd, 15th Floor
Los Angeles, CA 90025-7120
Phone: (310) 820-8800
Fax: (310) 820-8859
rwelsh@bakerlaw.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I, George J. Tzanetopoulos, an attorney, hereby certify that on July 12, 2013, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send notification of such filing to all attorneys of record.

    /s/ George J. Tzanetopoulos