# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RICHARD REINSDORF, an individual, | |
| Plaintiff, | |
| v. | Case No. 1:13-cv-4485 |
| KOHL'S CORPORATION, a Wisconsin corporation, KOHL'S DEPARTMENT STORES, INC., a Wisconsin corporation, SEARS HOLDING CORPORATION, a Delaware corporation, SEARS, ROEBUCK AND CO., a New York corporation, and DOES 1 through 20, inclusive, | Judge Sharon Johnson Coleman

Magistrate Judge Susan E. Cox |
| Defendants. | |

## JOINT STIPULATION AND [PROPOSED] ORDER

**BASED UPON THE AGREED MOTION TO STAY ACTION FILED HEREWITH, THE PARTIES HEREBY STIPULATE** and request that the Court enter an Order that:

- This case is stayed pending further order of the Court;

- The stay is entered without prejudice to Defendants', Kohl's Corporation, Kohl's Department Stores, Inc., Sears Holding Corporation, and Sears, Roebuck and Co. (collectively, "Defendants"), ability to later seek transfer of this matter to the Central District of California, where Plaintiff Richard Reinsdorf ("Reinsdorf") filed a separate action against Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II, Case No. CV10-7181 (Hon. D. Pregerson, presiding);

- The stay is entered without prejudice to Reinsdorf's ability to later petition the Court to lift the stay; and

Case No. 1:13-cv-4485

- Following proper service of the complaint, the time for Defendants to respond to the complaint is hereby extended and continued until 21 days following entry of an order by the Court lifting the stay in this matter.

**IT IS SO STIPULATED.**

| PLAINTIFF | DEFENDANTS |
|---|---|
| | |
| RICHARD REINSDORF | KOHL'S CORPORATION, KOHL'S DEPARTMENT STORES, INC., SEARS HOLDING CORPORATION, SEARS, ROEBUCK AND CO. |
| | |
| By: /s/ George M. Borkowski | By: /s/ George J. Tzanetopoulos |
| | |
| George M. Borkowski (*pro hac vice* pending) | George J. Tzanetopoulos |
| Freeman Freeman & Smiley | Katharine E. Heitman |
| 1888 Century Park East, Suite 1900 | Baker & Hostetler LLP |
| Los Angeles, CA 90067 | 191 North Wacker Drive, Suite 3100 |
| | Chicago, IL 60606-1901 |
| | |
| Larry L. Saret (2459337) | Daniel M. Petrocelli (*pro hac vice* pending) |
| Paul R. Coble (6296105) | Drew E. Breuder (*pro hac vice*) |
| Michael Best & Friedrich LLP | O'Melveny & Myers LLP |
| Two Prudential Plaza | 1999 Avenue of the Stars, Suite 700 |
| 180 North Stetson Avenue, Suite 2000 | Los Angeles, CA 90067 |
| Chicago, IL 60601 | |
| | Robert C. Welsh (*pro hac vice*) |
| | Baker & Hostetler LLP |
| | 12100 Wilshire Blvd, 15th Floor |
| | Los Angeles, CA 90025-7120 |

ENTERED:

_____

The Honorable Sharon Johnson Coleman