IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD REINSDORF, an individual<br><br>Plaintiff,<br><br>v.<br><br>KOHL'S CORPORATION, a Wisconsin corporation, KOHL'S DEPARTMENT STORES, INC., a Wisconsin corporation, SEARS HOLDING CORPORATION, a Delaware corporation, SEARS, ROEBUCK AND CO., a New York corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Civil Action No.: 1:13-cv-4485<br><br>Judge Sharon Johnson Coleman<br><br>Magistrate Judge Susan E. Cox |

## JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE

This stipulation is made between plaintiff Richard Reinsdorf ("Reinsdorf"), on the one hand, and defendants Kohl's Corporation, Kohl's Department Stores, Inc., Sears Holding Corporation, and Sears Roebuck and Co. (collectively, "Defendants") on the other hand, through their respective attorneys of record, with reference to the following facts:

**WHEREAS**, Reinsdorf agrees to dismiss each of his claims against Defendants with prejudice;

**WHEREAS**, Defendants agree to release Reinsdorf from any claims, causes of action or other allegations arising from the filing and prosecution of this action; and

2135274.1
23887-801

1

Doc. # DC-8258187 v.1

**WHEREAS**, the parties agree that they will bear their own fees and costs incurred in connection with the prosecution and defense of this action.


BASED UPON THE FOREGOING, **THE PARTIES HEREBY STIPULATE** and request the Court to enter an Order as follows:

1.  The entire action shall be dismissed with prejudice;

2.  Defendants shall release Reinsdorf from any claims, causes of action or other allegations arising from the filing and prosecution of this action; and

3.  All parties shall bear their own fees and costs.


    IT IS SO STIPULATED.          Respectfully submitted,


| PLAINTIFF | DEFENDANTS |
|---|---|
| RICHARD REINSDORF | KOHL'S CORPORATION, KOHL'S DEPARTMENT STORES, INC., SEARS |
| By: /s/ Russell R. Fisk | HOLDING CORPORATION, SEARS, ROEBUCK AND CO. |
| Russell R. Fisk (admitted *pro hac vice*) | |
| Freeman Freeman & Smiley | |
| 1888 Century Park East, Suite 1900 | |
| Los Angeles, CA 90067 | By: /s/ George J. Tzanetopoulos |
| | George J. Tzanetopoulos |
| Larry L. Saret (2459337) | George J. Tzanetopoulos |
| Paul R. Coble (6296105) | Katharine E. Heitman |
| Michael Best & Friedrich LLP | Baker & Hostetler LLP |
| Two Prudential Plaza | 191 North Wacker Drive, Suite 3100 |
| 180 North Stetson Avenue, Suite 2000 | Chicago, IL 60606-1901 |
| Chicago, IL 60601 | |

Daniel M. Petrocelli (*pro hac vice*
pending)
Drew E. Breuder (*pro hac vice*)
O'Melveny & Myers LLP
1999 Avenue of the Stars, Suite 700
Los Angeles, CA 90067

Robert C. Welsh (*pro hac vice*)
Baker & Hostetler LLP
12100 Wilshire Blvd, 15th Floor
Los Angeles, CA 90025-7120

ENTERED:  _____.

_____
The Honorable Sharon Johnson Coleman